# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Kyle Law, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Xtreme Drilling and Coil Services, Inc., | ) | |
| | ) | Case No. 4:15-cv-179 |
| Defendant. | ) | |

Before the court is a motion for attorney J. Michael Rose to appear *pro hac vice* on behalf of defendant. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney J. Michael Rose has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 6) is **GRANTED.** Attorney J. Michael Rose is admitted to practice before this court in the above-entitled action on behalf of defendant.

**IT IS SO ORDERED.**

Dated this 13th day of January, 2016.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court